**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2298

_____

DONALD VAN METER,

          Plaintiff - Appellant,

     v.

JM & LF INC., d/b/a Action Automotive,

          Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Theresa C. Buchanan,
Magistrate Judge.   (1:14-cv-01074-LMB-TCB)

_____

Submitted:  April 16, 2015          Decided:  April 20, 2015

_____

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Donald Van Meter, Appellant Pro Se.   William Edward Hassan,
Fairfax, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Van Meter seeks to appeal the magistrate judge's order granting the Defendant's motion to set aside default judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Van Meter seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Nor could it have been certified for immediate appealability under Rule 54(b). In re Bryson, 406 F.3d 284, 287-88 (4th Cir. 2005); Equip. Fin. Grp., Inc. v. Traverse Computer Brokers, 973 F.2d 345, 347-48 (4th Cir. 1992). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2